IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AFRAH YUSUFZAI | § |
| | § |
|    Plaintiff, | § |
| | § |
| VS. | § Case No. 4:12CV669 |
| | § |
| WELLS FARGO BANK, N.A., | § |
| TRUSTEE FOR THE MLMI TRUST | § |
| SERIES 2005-WMC2 and | § |
| JOHN DOES 1-XX, et al. | § |
| | § |
|    Defendants. | § |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On January 25, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and a recommendation that Plaintiff's Construed Motion to Remand (Dkt. 9) be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Plaintiff's Construed Motion to Remand (Dkt. 9) is DENIED.

   **IT IS SO ORDERED.**

   **SIGNED this the 30th day of September, 2013.**

*/s/ Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE